# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SANDOVAL, an individual;<br><br>          Plaintiff,<br><br>  v.<br><br>COINBASE, INC., a Delaware corporation;<br><br>          Defendant. | CASE NO.:  3:20-cv-09420-AGT<br><br>**COMPLAINT**<br><br>[CLASS ACTION]<br><br>1. VIOLATION OF THE UNFAIR COMPETITION LAW<br><br>(Jury Trial Demanded) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendant.

Respectfully submitted,

Date: January 15, 2021

By: _____
**BENJAMIN GUBERNICK** (SB# 321883)
Gubernick Law P.L.L.C.
10720 W. Indian School Rd., Suite 19, PMB 12
Phoenix, AZ 85037
(734) 678-5169
ben@gubernicklaw.com